GREGORY et al. v. HOUSTON OIL CO. OF TEXAS.

(Court of Civil Appeals of Texas. Galveston. Jan. 16, 1913.)

APPEAL AND ERROR (§ 100*)—DECISIONS REVIEWABLE—REFUSAL TO DISSOLVE TEMPORARY INJUNCTION.

While Rev. Civ. St. 1911, art. 4644, expressly authorizes appeals from orders or judgments granting, refusing, or dissolving temporary injunctions, no appeal lies from an order refusing to dissolve such an injunction.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 670–680; Dec. Dig. § 100.*]

Appeal from District Court, Hardin County; L. B. Hightower, Judge.

Action between J. S. Gregory and others and the Houston Oil Company of Texas. From an order refusing to dissolve a temporary injunction, J. S. Gregory and others appeal. Appeal dismissed.

B. L. Aycock, of Kountze, for appellants.

McMEANS, J. This is an appeal from an order of the district judge of the Ninth judicial district, in chambers, refusing to dissolve a temporary injunction theretofore granted by him. Our statutes allow appeals from orders or judgments granting, refusing, or dissolving temporary injunctions. Revised Statutes 1911, art. 4644. No provision is made for an appeal from an order refusing to dissolve a temporary injunction, and, in the absence of statutory authority therefor, an appeal from such an order does not lie. We are therefore without jurisdiction to entertain this appeal, and the same is hereby dismissed.

Dismissed.

*For other cases see same topic and section NUMBER in Dec. Dig. & Am. Dig. Key-No. Series & Rep'r Indexes